1

2

3

4

5

6                      **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8
  *In re* ROSALIE ALLEN MORGAN,                    )
9                                                  )
                          Debtor.                  )
10                                                 )
  _____                )
                                                   )   Case No.  3:13-cv-00256-RCJ
11  ROBERT G. HILLSMAN,                            )
                                                   )   Adv. No. 12-ap-05066-BTB
12                         Appellant,              )
                                                   )   Bankr. No. 12-bk-51208-BTB
13           vs.                                   )
                                                   )   **ORDER**
14  ROSALIE ALLEN MORGAN,                          )
                                                   )
15                         Appellee.               )
  _____                )

16

17        Plaintiff/Appellant Robert G. Hillsman filed an adversary proceeding in the Chapter 7

18   bankruptcy case of Debtor/Defendant/Appellee Rosalie Allen Morgan, listing two claims for

19   non-dischargeable debt under 11 U.S.C. § 523(a).  The bankruptcy judge granted a motion to

20   dismiss with prejudice after a hearing.  Plaintiff appealed.  Appellant has not filed a designation

21   of record on appeal or a statement of issues.  On November 11, 2013, the Court ordered

22   Appellant to file an opening brief within fourteen days.  He did not do so and has yet filed no

23   opening brief.  Appellee has moved to dismiss for the first reason and has moved for summary

24   judgment for the second reason.  Appellant has not timely responded to either motion.  The Court

25   grants the motions. *See* L.R. Bank. P. 8070(a).

1

**CONCLUSION**

2        IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 5) is GRANTED.

3        IT IS FURTHER ORDERED that the Motion for Summary Judgment (ECF No. 7) is

4    GRANTED as a motion to dismiss.

5        IT IS FURTHER ORDERED that the clerk shall close the case.

6        IT IS SO ORDERED.

7    Dated this 17th day of January, 2014.

8

9    _____
                    ROBERT C. JONES
                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25